IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                NO. H-C-98-001
                   (2:98CV00001)

MARY K. MCCLINTON AND
DONNY MCCLINTON, HER SPOUSE,
ALBERT R. KNIGHT, JR. AND
BERNISTINE KNIGHT, HIS SPOUSE,
MARTHA HOLLAWAY AND
LOUIS HOLLAWAY, HER SPOUSE,
WALTER DOBY, A SINGLE PERSON;
R&R OIL CO., F/N/A DONNA SWINNEY,
D/B/A SWINNEY OIL CO.;
TERRANCE SCOTT                                                  DEFENDANTS

## ORDER APPROVING MARSHAL'S DEED

On this day Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to Wilferd E. Kellar and Kathryn J. Kellar, husband and wife, the purchasers of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Robert G. Howard, Jr. acknowledges that he has executed said deed to the purchasers for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: 10/20/08

_____
UNITED STATES DISTRICT JUDGE

This Space Reserved for Recording Information

## MARSHAL'S DEED

WHEREAS, in a certain Civil Action No. 2:98cv00001 pending in the United States District Court for the Eastern District of Arkansas, Eastern Division, wherein UNITED STATES OF AMERICA was plaintiff and MARY K. MCCLINTON AND DONNY MCCLINTON, HER SPOUSE, ALBERT R. KNIGHT, JR. AND BERNISTINE KNIGHT, HIS SPOUSE, MARTHA HOLLAWAY AND LOUIS HOLLAWAY, HER SPOUSE, WALTER DOBY, A SINGLE PERSON, WALTER DOBY, A SINGLE PERSON; R&R OIL CO., F/N/A DONNA SWINNEY, D/B/A SWINNEY OIL COL; TERRANCE SCOTT were defendants, a judgment was entered on December 15, 1998, directing the foreclosure of a certain mortgage executed by Albert R. Knight, deceased, to the United States of America, and ordering a sale of the property encumbered by said mortgage; and

WHEREAS, the undersigned Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, duly conducted the sale authorized and directed in said judgment, which sale was held at public auction on August 26, 2008, after advertisement for the time and in the manner prescribed in said judgment, and in all respects in accordance with the directions contained therein; and

WHEREAS, at said sale John Bell, a representative of Wilferd Kellar, was the highest

and best bidder, bidding for said property the sum of $141,000.00, the property then being struck off to the said Wilferd Kellar; and

WHEREAS, such sale was duly reported to the above described Court;

NOW, THEREFORE, with the approval of and by direction of such Court, for the considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the undersigned United States Marshal hereby grants, sells and conveys unto the said Wilferd E. Kellar and Kathryn J. Kellar, husband and wife, and their heirs and assigns forever, all of the right, title, interest, equity and estate of plaintiff, United States of America, and all defendants to this action in and to the following property situated in Woodruff County, Arkansas, to wit:

> TRACT I: The East Thirty-Two (32) acres of the Northeast Quarter of the Northeast Quarter (NE1/4 NE1/4) of Section Thirty-One (31), Township Six (60) North, Range Two (2) West.
>
> TRACT II: Beginning at the Northwest (NW) Corner of the Northeast Quarter of the Northeast Quarter (NE1/4 NE1/4) of Section 31, Township 6 North, Range 2 West, and run East 264 feet; thence South 1,320 feet; thence West 264 feet; then North 1,320 feet to the Point of Beginning, being the West 8 acres of the Northeast Quarter of the Northeast Quarter (NE1/4 NE1/4) of said Section 31, Township 6 North, Range 2 West, all in Woodruff County, Arkansas.
>
> TRACT III: Fractional part of the North Half of the Northeast Quarter (N1/2 NE1/4) of Section One (1), Township Five (5) North, Range Three (3) West, containing 82.77 acres, more or less.

TO HAVE AND TO HOLD the said property unto the said Wilferd E. Kellar and Kathryn J. Kellar, husband and wife, and their heirs and assigns forever, with all appurtenances thereunto belonging.

IN WITNESS WHEREOF, I have hereunto set my hand on this 10th day of October, 2008.

*Robert G. Howard Jr.*
Robert G. Howard, Jr.
United States Marshal

PREPARED BY:
Richard M. Pence, Jr.
Assistant United States Attorney
Post Office Box 1229
Little Rock, AR 72203
(501) 340-2600

## ACKNOWLEDGMENT

STATE OF ARKANSAS )
)
COUNTY OF PULASKI )

BE IT REMEMBERED on this day appeared before the undersigned Notary Public, duly qualified, commissioned and acting within and for the County and State aforesaid, Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, who stated and acknowledged to me that, pursuant to the judgment entered by the United States District Court for the Eastern District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto this 10th day of October, 2008, set my hand and official seal as such Notary Public.

Kimberly K. Squires
Notary Public

My Commission Expires:

7-12-12

