IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

UNITED STATES OF AMERICA						PLAINTIFF

VS.			NO. H-C-98-001
			(2:98CV00001)

MARY K. MCCLINTON AND
DONNY MCCLINTON, HER SPOUSE,
ALBERT R. KNIGHT, JR. AND
BERNISTINE KNIGHT, HIS SPOUSE,
MARTHA HOLLAWAY AND
LOUIS HOLLAWAY, HER SPOUSE,
WALTER DOBY, A SINGLE PERSON;
R&R OIL CO., F/N/A DONNA SWINNEY,
D/B/A SWINNEY OIL CO.;
TERRANCE SCOTT							DEFENDANTS

ORDER OF DISTRIBUTION

On August 26, 2008, at 1:00 p.m., at the East door of the Woodruff County Courthouse, Augusta, Arkansas, the United States Marshal offered for sale the lands described in the judgment entered on December 15, 1998. At such sale, John Bell, representative for Wilferd E. Kellar, was the highest and best bidder for the property, and the property was then sold to the said Wilferd E. Kellar.

The United States Marshal received checks totaling $142,008.33, from Wilferd E. Kellar for payment in full for the property. In accordance with the terms of the judgment, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds, to the U.S. Department of Agriculture, Rural Development, 700 West Capitol, Room 3416, Federal Bldg., Little Rock, AR 72201 and notify Richard M. Pence, Jr., Assistant United States Attorney by sending copy of same.

DATED: 10/20/08

_____
UNITED STATES DISTRICT JUDGE